IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, <br><br> Plaintiff, <br><br> v. <br><br> BITTY ADVANCE 2, LLC, a Wyoming Limited Liability Company, MCA SERVICING, LLC, a Wyoming Limited Liability Company, and CRAIG HECKER, FABRICE FELLOUS, THE APPROVAL DEPARTMENT, LLC dba NEXTDAY MCA <br><br> Defendants. | EP-21-CV-00158 |

## PLAINTIFF'S MOTION TO DISMISS DEFENDANTS BITTY ADVANCE 2, LLC, MCA SERVICING LLC, AND CRAIG HECKER

Plaintiff has resolved his differences with Defendants BITTY ADVANCE 2, LLC, MCA SERVICING LLC, AND CRAIG HECKER and hereby requests Defendant BITTY ADVANCE LLC, Defendant MCA SERVICING LLC, and Defendant CRAIG HECKER be dismissed with prejudice.

August 16, 2021

Respectfully Submitted,

Brandon Callier
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

RECEIVED
AUG 16 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § § § Plaintiff, § § v. § § BITTY ADVANCE 2, LLC, a Wyoming Limited § Liability Company, MCA SERVICING, LLC, a § Wyoming Limited Liability Company, and § CRAIG HECKER, FABRICE FELLOUS, § THE APPROVAL DEPARTMENT, LLC dba § NEXTDAY MCA § § Defendants. § § | EP-21-CV-00158 |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion To Dismiss Defendants Bitty Advance 2, LLC, MCA Servicing LLC, and Craig Hecker, it is this, _____ day of _____, 2021,

**ORDERED** that Plaintiff's Motion to Dismiss Defendants Bitty Advance 2, LLC, MCA Servicing LLC and Craig Hecker be and is hereby **GRANTED;**

**SO ORDERED**

_____
United States District Judge