**FILED**
September 13, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Elizabeth Y. Martinez___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **BITTY ADVANCE 2, LLC,** a Wyoming Limited § | EP-21-CV-00158-DCG |
| Liability Company, **MCA SERVICING, LLC,** a § | |
| Wyoming Limited Liability Company, and § | |
| **CRAIG HECKER, FABRICE FELLOUS,** § | |
| **THE APPROVAL DEPARTMENT, LLC** dba § | |
| **NEXTDAY MCA** § | |
| § | |
| **Defendants.** § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants FABRICE FELLOUS and THE APPROVAL DEPARTMENT, LLC d/b/a NEXTDAY MCA have resolved their case. Plaintiff hereby requests the Court dismiss the case against Fabrice Fellous and The Approval Department, LLC with prejudice.

September 13, 2021,                     Respectfully Submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **BITTY ADVANCE 2, LLC,** a Wyoming Limited § | EP-21-CV-00158-DCG |
| Liability Company, **MCA SERVICING, LLC,** a § | |
| Wyoming Limited Liability Company, and § | |
| **CRAIG HECKER, FABRICE FELLOUS,** § | |
| **THE APPROVAL DEPARTMENT, LLC** dba § | |
| **NEXTDAY MCA** § | |
| § | |
| **Defendants.** § | |
| § | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

September 13, 2021,                                       Respectfully submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § **Plaintiff,** § § **v.** § § **BITTY ADVANCE 2, LLC,** a Wyoming Limited § Liability Company, **MCA SERVICING, LLC,** a § Wyoming Limited Liability Company, and § **CRAIG HECKER, FABRICE FELLOUS,** § **THE APPROVAL DEPARTMENT, LLC** dba § **NEXTDAY MCA** § § **Defendants.** § § | EP-21-CV-00158-DCG |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss With Prejudice, it is this, _____ day of _____, 2021,

**ORDERED** that Plaintiff's Motion to Dismiss With Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**