**FILED**
September 23, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Michael Trujillo_
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § | |
| **Plaintiff,** § § | |
| v. § § | |
| **BITTY ADVANCE 2, LLC,** a Wyoming Limited Liability Company, **MCA SERVICING, LLC,** a Wyoming Limited Liability Company, and **CRAIG HECKER, FABRICE FELLOUS, THE APPROVAL DEPARTMENT, LLC** dba **NEXTDAY MCA** and **JOHN DOES 1-4** § § § § § § § § | EP-21-CV-00158-DCG |
| **Defendants.** § § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants have resolved their case. Plaintiff hereby requests the Court dismiss the case against John Does 1-4 with prejudice.

September 22, 2021,   Respectfully Submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com