UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | |
| **BITTY ADVANCE 2, LLC,** a Wyoming Limited § | EP-21-CV-00158-DCG | |
| Liability Company, **MCA SERVICING, LLC,** a § | | |
| Wyoming Limited Liability Company, and § | | |
| **CRAIG HECKER, FABRICE FELLOUS,** § | | |
| **THE APPROVAL DEPARTMENT, LLC** dba § | | |
| **NEXTDAY MCA** and **JOHN DOES 1-4** § | | |
| § | | |
| Defendants. § | | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

September 22, 2021,                              Respectfully submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com